UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL MURRAY,<br><br>       Plaintiff,<br><br> -against-<br><br>DEFENDANT #1 JOHN DOE, ET AL.,<br><br>       Defendants. | 24cv6447 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the November 12, 2024, order, this action is dismissed. The Court has dismissed this action, under Rule 41(b) of the Federal Rules of Civil Procedure, for failure to comply with the March 18, 2024 Standing Order. This dismissal is without prejudice to Plaintiff's filing a new civil action. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED.

Dated: November 14, 2024
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge